PD-1514-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/23/2015 4:31:18 PM
Accepted 6/24/2015 10:18:49 AM
ABEL ACOSTA
CLERK

**Cause No. PD-1514-14**

Granted
6-24-15

## Court of Criminal Appeals of Texas

### Ronnie Leon Dabney,
Appellant

v.

### State of Texas,
Appellee

On Petition for Discretionary Review from the Court of Appeals,
Second District of Texas No. 02-12-00530-CR

### State's Motion for Leave to File Reply Brief

**Maureen Shelton**
Criminal District Attorney
Wichita County, Texas
State Bar No. 24076904
Maureen.Shelton@co.wichita.tx.us

**John Gillespie**
First Asst. Criminal District Attorney
Wichita County, Texas
State Bar No. 24083252
John.Gillespie@co.wichita.tx.us

900 Seventh Street
Wichita Falls, Texas 76301
(940) 766-8113 phone
(940) 716-8530 fax

**To the Honorable Justices of this Court:**

Pursuant to Rule 70.4 of the Texas Rules of Appellate Procedure, the State asks for leave to file its Reply Brief.

The State seeks to file a Reply Brief to address points addressed by Appellant's brief including (1) that Appellant's sufficiency argument was not preserved by a cross-petition nor addressed by the court of appeals, so it is not properly before this Court; (2) to address Appellant's argument that the form of the proceedings dictate the nature of the proceedings (i.e. Appellant's claim that evidence offered in the State's case-in-chief cannot be rebuttal evidence); (3) to address factual assertions by Appellant that are not supported by the record; and (4) to fully address and respond to the arguments addressed by Appellant (which are outlined in the State's Reply Brief).

Wherefore, the State of Texas prays this Court to allow the State to file a reply brief in accordance with Tex. R. App. P. 70.4.

Respectfully Submitted,

/s/John R. Gillespie

**John R. Gillespie**
First Assistant District Attorney
Wichita County, Texas
900 7th Street Room 351
Wichita Falls, Texas 76301
(940) 766-8113 phone
(940) 716-8530 fax

State Bar No. 24010053
John.Gillespie@co.wichita.tx.us

Attorney for State of Texas

## Certificate of Conference

I certify that I attempted to contact Mark Barber by phone on June 23, 2015, to see if he was opposed or unopposed to this motion, but that he did not return the call.

/s/John Gillespie
**John Gillespie**

## Certificate of Compliance

I certify that this document contains 160 words. The body text is in 14 point font.

/s/John Gillespie
**John Gillespie**

## Certificate of Service

I do certify that on June 23, 2015, a true and correct copy of the above document has been electronically forwarded to Mark Barber, counsel for Ronnie Leon Dabney on appeal, via electronic service to mbarberlaw@aol.com, and to the State Prosecuting Attorney, Lisa McMinn, at information@spa.texas.gov.

/s/John Gillespie
**John Gillespie**